People v Magana (2024 NY Slip Op 06615)

People v Magana

2024 NY Slip Op 06615

Decided on December 24, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 24, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
WILLIAM G. FORD
JANICE A. TAYLOR
LAURENCE L. LOVE, JJ.

2023-02346
 (Ind. No. 70882/22)

[*1]The People of the State of New York, respondent,
v
Gerardo Magana, appellant. Letitia James, intervenor-respondent.

Andrew E. MacAskill, Garden City, NY, for appellant.
Anne T. Donnelly, District Attorney, Mineola, NY (Autumn S. Hughes and Monica M.C. Leiter of counsel), for respondent.
Letitia James, Attorney General, New York, NY (Ira M. Feinberg and Matthew Keller of counsel), intervenor-respondent pro se.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Nassau County (Howard E. Sturim, J.), rendered March 2, 2023, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial of the defendant's motion to dismiss the indictment on constitutional grounds.
ORDERED that the judgment is affirmed.
The defendant entered a plea of guilty to criminal possession of a weapon in the second degree (Penal Law § 265.03) and was sentenced to a determinate term of imprisonment of 3½ years, to be followed by 5 years of postrelease supervision, pursuant to a plea agreement.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that his conviction pursuant to Penal Law § 265.03 is unconstitutional under New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1) (see People v Johnson, 225 AD3d 453, 453-455; People v Miller, 166 AD3d 812, 813; People v Fisher, 121 AD3d 1013, 1013; cf. People v Benjamin, 216 AD3d 1457).
In light of our determination, we need not reach the parties' remaining contentions.
CHAMBERS, J.P., FORD, TAYLOR and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court